# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES WAILES<br><br>　　　Plaintiff,<br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>　　　Defendant. | Case No.: 2:24-cv-00836-JDP<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's Motion for Summary Judgment due: July 12, 2024;

Defendant Cross-Motion for Summary Judgment due: August 12, 2024;

Plaintiff's optional reply due: August 26, 2024.

IT IS SO ORDERED.

Dated:   June 7, 2024　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-